AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of MASSACHUSETTS

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:25mj9003 |
| Brendan Jonathan Mullane | ) |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 5-7, 2025, and April 15-16, 2025  in the county of _____ in the _____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(B) | Stalking |
| 18 U.S.C. § 2261A(2)(B) | Stalking |

This criminal complaint is based on these facts:

See the attached Affidavit of Deputy United States Marshal Mathias Varga with the United States Marshals Service ("USMS").

☑ Continued on the attached sheet.

*Complainant's signature*

Deputy U.S. Marshal Mathias Varga-USMS
*Printed name and title*

Sworn to before me  telephonically.

Date: May 1, 2025

*Judge's signature*

City and state:  Providence, Rhode Island    Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*