PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☐ INDICTMENT ☒ COMPLAINT

CASE NO. 1:25mj9003

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding Indictment ☐ Superseding Information ☐ Defendant Added ☐ Charges/Counts Added

USA vs.
Defendant: Brendan Jonathan Mullane
Address: [REDACTED]

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Sara M. Bloom, Acting
☒ U.S. Atty   ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): Julie M. White

☐ Interpreter Required   Dialect: _____

Birth Date: _____
☒ Male   ☐ Female
☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
United States Marshals Service

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: MASSACHUSETTS   County

### DEFENDANT

Issue: ☒ Warrant   ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 2261A(2)(B) | Stalking | ☒ Felony ☐ Misdemeanor |
| Max | 5 years imprisonment; $250,000 fine; | 3 years S/R; $100 SA | ☐ Felony ☐ Misdemeanor |
| 2 | 18 U.S.C. § 2261A(2)(B) | Stalking | ☒ Felony ☐ Misdemeanor |
| Max | 5 years imprisonment; $250,000 Fine | 3 years S/R; $100 SA | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |

Submit    Go