## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Mathias Varga, being duly sworn, depose and state the following:

1.      I am a Deputy United States Marshal ("DUSM") with the United States Marshals Service ("USMS"). I have been employed by USMS since February 2022, and I am currently assigned to the USMS District of Massachusetts - Judicial Security Unit ("D/MA JSU"). I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training to become a federal agent. I have also received follow on training from the USMS on protective investigations and other specialized criminal investigations. Prior to my employment as a DUSM, I was employed in other law enforcement capacities at the local, state, and federal level. I have a total of approximately 11 years of law enforcement experience. I have also completed several other law enforcement training academies at the local and federal level. As DUSM I am authorized to investigate violations of the laws of the United States, including but not limited to criminal violations of 18 U.S.C. §§ 875, 876, 115, 119, and 2261. I have also assisted in the execution of several federal search warrants and/or arrest warrants in connection with fugitive and other criminal investigations.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Brendan Jonathan MULLANE[1] ("MULLANE"), year of birth 1988, of Cambridge, Massachusetts. As will be shown below, there is probable cause to believe that between approximately February 5, 2025, and February 7, 2025, MULLANE, with the intent to

---

[1] Also known as Jonathan MULLANE.

harass and intimidate, used a means and facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to another person, VICTIM A, in violation of 18 U.S.C. § 2261A(2)(B). In addition, there is probable cause to believe that between approximately April 15, 2025, and April 16, 2025, MULLANE, with the intent to harass and intimidate, used a means and facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to another person, VICTIM B, in violation of 18 U.S.C. § 2261A(2)(B).

3. The statements contained in this Affidavit are based upon my training and experience, review of records, and discussions and information provided by other law enforcement officers familiar with this investigation.

4. Since this Affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the requisite probable cause. Additionally, where conversations and statements are related herein, they are set forth in substance and in pertinent part.

## RELEVANT STATUTE

5. 18 U.S.C. § 2261A(2)(B) makes it a crime for a person to use "any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that – … causes, attempts to cause, or would be reasonably

expected to cause substantial emotional distress" to a person, the person's immediate family member, spouse or intimate partner, or pet, service animal emotional support animal, or house of that person.

## BACKGROUND

6. On February 5, 2025, the D/MA JSU was notified that members of the judiciary ▮▮▮▮▮▮▮▮ received several emails containing inappropriate communication from an individual who identified himself as "Jonathan MULLANE." The emails were sent from ▮▮▮▮▮icloud.com" with the display name of "B. Jonathan Mullane." Beginning on or about February 5, 2025, and through April 21, 2025, MULLANE sent approximately 95 emails to a group that included that included four United States District Court Judges, one United States Magistrate Judge, two senior officials with the United States Department of Justice, a former Assistant United States Attorney, a former United States Attorney, and an attorney with a United States regulatory agency.[2]

7. Of the recipients, one is a United States Judge who presides over cases for the United States District Court ▮▮▮▮▮▮▮▮ ("VICTIM A"),[3] and another is a United States Judge who presides over cases for the United States District Court ▮▮▮▮▮▮▮▮ ("VICTIM B").[4] Some emails did not include

---

[2] The identities and email addresses of these individuals are known to your Affiant.
[3] VICTIM A's identity is known to your Affiant. It is provided in redacted format to comply with Fed. R. Crim. P. R. 49.1.
[4] VICTIM B's identity is known to your Affiant. It is provided in redacted format to comply with Fed. R. Crim. P. R. 49.1.

every member of the group described above, however both VICTIM A and VICTIM B received every email in the 95 emails sent.

8.  Your Affiant has reviewed all 95 emails sent from ███████icloud.com to VICTIM A and VICTIM B. The emails alternated between VICTIM A and VICTIM B being the direct recipient with the other receiving a "CC" or courtesy copy. Your Affiant observed that multiple emails contained telephone number ███████6925 underneath the signature line "Jonathan Mullane." Below are several examples of the emails sent to VICTIM A and VICTIM B.

9.  On February 5, 2025, at 09:55AM EST, VICTIM A received an email from ███████icloud.com.[5] The body of the email stated, "Fuck you, [VICTIM A]. Please, please, please hold me in contempt. I have been a VERY naughty boy, and need to be severely punished and incarcerated immediately [black smirking face emoji] Guess what I will do if you don't? Use your imagination [smiling emoji]".

10. On February 5, 2025, at 10:34AM EST VICTIM A received an email from ███████icloud.com. The body of the email stated, "Stupid, ignorant cunt. You should win an award for the ugliest federal judge [black judge emoji] A face only a mother could love."

11. On February 5, 2025, at 10:47AM EST VICTIM A received an email from ███████icloud.com. The body of the email stated, "Does your husband even get hard

---

[5] VICTIM A received all of these emails at ███ chambers located in ███████████████.

sleeping next to such an abominable creature at night? He is basically sleeping next to E.T. He probably needs an entire bottle of Viagra; I know I would."

12. On February 7, 2025, at 2:43AM EST VICTIM A received an email from ▮▮▮▮icloud.com. The body of the email stated, "…Oh and [VICTIM A], my mother has asked me to deliver a very important message: she said to tell you *vai a fanculo*, which is Italian for "bless your altruistic, peace-loving Ukrainian heart."[6]

13. On February 7, 2025, at 4:21AM EST VICTIM A received an email from ▮▮▮▮icloud.com. The body of the email stated, "Do you still live in ▮▮▮▮ ▮▮▮▮ I'm back in ▮▮▮▮ now; maybe I should pay you and your husband a little visit, so we can all get to know each other better. I would have asked your dear Jewish friend and colleague [R.G.][8] too (*i.e.*, your former ▮▮▮▮, who helped you corruptly rig my lawsuit through his "coincidentally-timed" defamation ruling ▮▮▮▮ just days beforehand), but unfortunately, as you already know, God decided to take him early. Why did he suddenly drop dead ▮▮▮▮? I guess karma exists after all—right, ▮▮▮▮

14. On February 7, 2025, at 2:28PM EST VICTIM A received an email from ▮▮▮▮icloud.com. The body of the email stated, "Where is my prison cell, ▮▮▮▮

---

[6] Google translate indicates that "vai a fanuculo" is Italian for "go fuck yourself".
[7] Given VICTIM A's name, Your Affiant believes ▮▮▮▮ is a nickname given by the email sender to reference VICTIM A.
[8] The email contained R.G.'s full name. It is provided in redacted format to comply with Fed. R. Crim. P. R. 49.1.
[9] Your Affiant believes this refers to another sitting District Court Judge ▮▮▮▮

dearest? I am patiently waiting to be arrested; that is why I came back to ▬ just for you. Please don't leave me out to die in the harsh winter conditions! BDSM is not really my thing, but if you have the U.S. Marshals put the cuffs on me, I will try my best to enjoy the experience. How much longer will you make me wait? https://www.youtube.com/watch?v=5r0Tye6nd0o"[10]

15.     Your Affiant reviewed the Administrative Office of the United States Courts website, Public Access to Court Electronic Records ("PACER") in an attempt to identify the user of email address ▬icloud.com. Your Affiant found that the email address was listed in PACER as an email address for Jonathan MULLANE for PACER records for a ▬ ▬ Further review of these records revealed MULLANE's home address as ▬ One of the PACER filings from MULLANE also provided telephone number ▬6925 for MULLANE. This telephone number matched the telephone number included at the bottom of multiple emails sent from ▬icloud.com to VICTIM A and VICTIM B. For these reasons, your Affiant believes that the email account ▬icloud.com belongs to MULLANE.

16.     Your Affiant also reviewed USMS records which covered prior conduct by MULLANE with regard to MULLANE's contact with VICTIM B. USMS records

---

[10] The YouTube link is to a video of a Dixie Chicks song "You Can't Hurry Love".

contained content of an email MULLANE sent to VICTIM B in ▓▓. The email address used in 2024 was the same ▓▓▓▓▓▓icloud.com.

17. Your Affiant also reviewed Massachusetts Registry of Motor Vehicle records. This showed a license issued to Jonathan Brendan MULLANE, date of birth xx/xx/1988 that was issued on 10/10/2006. It provides a home a mailing and residential address for MULLANE of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

18. Your Affiant also reviewed emails located within the chain received by VICTIM A and VICTIM B, but that involved communications between ▓▓▓▓▓▓icloud.com and other individuals. Several of these emails involved communications between ▓▓▓▓▓▓icloud.com and an individual later identified to be P.M.,[11] MULLANE's father and co-occupant at the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

19. Based on both the PACER and USMS records reviewed, as well as the email correspondence between the email account and P.M., your Affiant determined that MULLANE was the likely sender of the emails.

20. On February 7, 2025, at approximately 6:40PM hours, your Affiant, along with the D/MA JSU, a uniformed officer and plain clothed detectives with the Cambridge, Massachusetts Police Department visited MULLANE at his residence. Contact was initially made with MULLANE's P.M. P.M. went upstairs to get MULLANE from his second floor bedroom at the residence.

---

[11] P.M.'s identity is known to your Affiant. It is provided in redacted format to comply with Fed. R. Crim. P. R. 49.1.

21. Your Affiant spoke with MULLANE in the foyer, who indicated that he had active litigation with the United States.[12] MULLANE exercised his right to remain silent and declined to speak with your Affiant. MULLANE exited the foyer and went to the second floor of the residence.

22. While at the residence, your Affiant spoke with MULLANE's parents. MULLANE's father, P.M., is a licensed attorney and member of the federal bar, expressed shock that MULLANE was contacting federal judges. P.M. expressed that it was inappropriate for MULLANE to be engaging in such activity. Your Affiant asked P.M. about an email between MULLANE and P.M. sent from ███████icloud.com to P.M. at his work email. P.M. confirmed receiving this email. P.M. further confirmed that MULLANE lives at the residence and has a bedroom on the second floor.

23. While that conversation with P.M. was ongoing, MULLANE began sending more emails to some members of the group, including VICTIM A and VICTIM B. These emails were sent by MULLANE from his bedroom and discussed the fact that the USMS had visited his residence. Your Affiant became aware of their existence after leaving the residence. Several of the emails are described below.

---

[12] ████████████████████████████████████████████████████████████

24. On February 7, 2025, at 6:55PM EST Victim Judge 1 received an email from MULLANE. The body of the email stated, "*Still* waiting to be arrested. By the way, I really enjoyed being woken up from my nap several minutes ago by three handsome U.S. Marshals, ▇▇▇▇ But tell me, please: where, oh where, was their warrant??? Oh wait, you didn't sign one; what a pity. Unfortunately, that constitutes more harassment from the United States Government, and I'm just going to sue you and ▇▇▇▇ So thanks for giving me such a wonderful new way to spend my time. If you want to scare me, its not working, I'm sorry to say :-( In America, people are entitled to their day in court when they get arrested – FYI. Go back to Ukraine, please. If you want to arrest me for criminal contempt of court, or if you want to have me charged for violating some sort of federal criminal statute, there is a proper way for you to do that: you refer the matter to the DOJ, they charge me, and then I receive a jury trial. Barring that, go fuck yourself :-) I will be contacting the Swiss ambassador in Washington about your latest bullshit – how very amusing."

25. On February 7, 2025, at 7:00PM EST VICTIM A received an email from MULLANE. The body of the email stated, "You see, if you were smart, ▇▇▇▇ – which you are not – you would have simply ignored my emails, and waited for me to get bored of writing to you. But by sending the U.S. Marshals to my house, that signals that I have successfully hit a nerve with my crazy emails :-) I wonder why that is? I guess the truth really does hurt, after all."

26. MULLANE continued to send emails to VICTIM A and VICTIM B using the email account ▇▇▇▇icloud.com. Several of the emails are described below.

27. On February 8, 2025, at 3:43AM EST, VICTIM A received an email from MULLANE. The body of the email stated, "I strongly, strongly disagree with your political views, but I don't harass you at your home, or in front of your courthouse, do I? Have I ever been to you home in the past seven years? Of course not. I'm not a barbaric, uncivilized animal like you are. My mother taught me that its rude to visit someone's house without being invited first -i.e., precisely what you have done to me."

28. On February 8, 2025, at 4:03AM EST, VICTIM A received an email from MULLANE. The body of the email stated, "I expect a written apology from you for your outrageous conduct. And you will also apologize to my mother and father, who you traumatized by sending three 250-pound USMS agents to interrogate and terrorize within their own home. Evil cunt. My father is 84 years old, and is in poor health. How dare you. Apologize to us immediately, or I will sue you in a Swiss court and create a diplomatic incident."

29. On February 8, 2025, at 5:57AM EST, VICTIM A received an email from MULLANE. The content of the email contained the following: "You crossed a red line."

30. On February 8, 2025, at 6:04AM EST, VICTIM A received an email from MULLANE. The body of the email stated, "I'm also going to contact the UAE's ambassador to the United States in Washington. You have no jurisdiction whatsoever over my communications, most of which were sent to you from that sovereign nation. Please go back to Harvard Law School and take a course on international law."

31. On March 19, 2025, at 8:12AM EST, VICTIM B received an email from MULLANE. The body of the email stated, "Dear [VICTIM B]: I have been a naughty boy,

and need to be severely punished for my misbehavior. Accordingly, I hereby respectfully request that this Court schedule and hold a timely due-process hearing, and thereupon impose the appropriate sentence and punishment. Kindly advise as to which dates would be most convenient for the Court. Very truly yours, Jonathan".

32. On March 19, 2025, at 12:25PM EST, VICTIM B received an email from MULLANE. The body of the email stated, "As a Catholic, am I not obligated to make amends for my sins-in both this life and the next? I wish to do so at this time, [VICTIM B]. Please turn me into a gay, white Nelson Mandela."

33. On March 19, 2025, at 12:31PM EST, VICTIM B received an email from MULLANE. The body of the email stated, "Send me to jail, please! I'm so lonely and bored, [VICTIM B]. I require intimate male companionship."

34. On March 21, 2025, at 5:45PM EST, VICTIM B received an email from MULLANE. The body of the email stated, "Why didn't you come to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮? [black judge emoji] Were you too embarrassed by your own behavior? I was looking forward to seeing you again."

35. On April 15, 2025, at 7:49PM EST, VICTIM B received an email from MULLANE. The body of the email stated, "You are going straight to hell when you die, [VICTIM B]. Do you know why? Because I wrote that I had suicidal thoughts in my verified complaint, yet you stayed silent and *still* refused to tell the truth to my father and me knowing the foreseeable consequences to my health. And then, you wrote my father an email wherein you doubled-down on your lies. That is a mortal sin; that makes you a bad human being. I feel sorry for you :-(

What kind of Catholic does that? What kind of Satanic church do you go to in ▮▮▮▮ ▮▮▮▮ where that is normal human behavior? You wasted your entire reputation and legacy as a federal judge for absolutely nothing. So pathetic and sad. Don't worry about me trying to harm you or your family. In fact, I want you to live to be 130 so that, each and every day for the rest of your life, I can continue to remind you of the 100,000+ innocent ▮▮▮▮ civilians you helped murder for absolutely no logical reason. You are already living in hell. You are a complete and utter waste of a life."

36. On April 15, 2025, at 10:18PM EST, VICTIM B received an email from MULLANE. The body of the email stated, "You ruined my life, you evil fuck. Now I'm going to ruin your precious ▮▮▮▮[4] life as badly as you did to me, just to get at my father. Eye for and eye; isn't that what the Bible teaches us, [VICTIM B]?"

37. On April 15, 2025, at 10:23PM EST, VICTIM B received an email from MULLANE. The body of the email stated, "Do you think that's fair, [VICTIM B]? Eye for an eye, as the Bible says? Or should I be more merciful to you than you were to me?"

38. On April 15, 2025, at 10:28PM EST, VICTIM B received an email from MULLANE. The body of the email stated, "We're all waiting for your answer, [VICTIM B]. Is [VICTIM B's] precious [relative] entitled to more mercy than [P.M.'s] son? Does that sound fair to everyone?"

---

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

39. On April 16, 2025, at 4:30PM EST, VICTIM B received an email from MULLANE. The body of the email stated, "When Daddy dies soon (he is 84 and in poor health) I can move in with you in ▇▇▇ after…..right, [VICTIM B]?? [black judge emoji] Your wife told me you have a free room now that ▇▇ has moved out. I also don't mind sleeping on the couch. I don't snore, don't worry [winking emoji]".

40. On April 21, 2025, at 4:20PM EST, VICTIM B received an email from MULLANE. The body of the email stated, "What should I do once Daddy dies, [VICTIM B]? [black judge emoji] Please tell me. Should I hang myself by the neck in the basement after tying my hands behind my back with duct tape, leaving my corpse in rigor mortis for my miniature poodle to nibble on when he gets hungry? [dog and duck emoji] Or should I move in with you in ▇▇▇ Please tell me what I should do; I will comply with your instructions and orders, Your Honor. Or would you prefer that I slowly (and foreseeably) starve to death after 7+ years of unemployment?"

41. Your Affiant reviewed a USMS report from USMS ▇▇▇▇▇ ▇▇▇ documenting that on March 14, 2024, MULLANE was informed in writing by VICTIM B's legal counsel ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ to refrain from directly contacting a group of individuals, including VICTIM B.

42. In April 2025, your Affiant reviewed PACER records for a District of Massachusetts civil case 1:19-cv-10729-IT (*Mullane v. Morrissey and Washington County Criminal Division Bench Warrant No 11544*). The civil case involved a Vermont criminal matter in which MULLANE was charged with a driving violation by the Vermont State Police. PACER records for 1:19-cv-10729-IT show a different address than more recent

cases held in PACER; however, the phone number (███████6925) and email (███████icloud.com) were the same as those in these recent emails involving VICTIM A and VICTIM B.

43.     Your Affiant reviewed Vermont State Police records which identify MULLANE as "Jonathan Mullane" and provided his correct date of birth as shown in Massachusetts law enforcement records. MULLANE's filings in PACER for case 19-cv-10729-IT provide the same details as the Vermont State Police information that your Affiant reviewed.

44.     During the week of April 21, 2025, your Affiant also reviewed property records for MULLANE's residence. Those records showed the property listed at ███ ████████████████████████ is owned two individuals known by your Affiant to be MULLANE's parents. Your Affiant further believes the ██████ in the property records references ██████ that your Affiant visited on February 7, 2025.

45.     On April 27, 2025, at 7:55PM EST, VICTIM B received an email from MULLANE. The body of the email stated, "Please kill yourself already; I hear a .357 Magnum to the temple works well."

46.     On April 27, 2025, at 8:50PM EST, VICTIM A received an email from MULLANE. The body of the email stated, "You are an evil, revolting cunt. [masked emoji, sick emoji, vomiting emoji] A filthy, corrupt whore with an unsightly bees nest for a hairdo." A post-script to the email stated, "I am still waiting for my due-process hearing….You naught, lazy hag [purple devil emoji]."

## CONCLUSION

47. Under federal law, Stalking is a crime pursuant to 18 U.S.C. § 2261A(2)(B). a person is guilty of Stalking if he or she, with the intent to harass and intimidate, uses the mail, any interactive computer service, or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to another person, that person's immediate family member, the spouse or intimate partner of that person, or a pet, service animal, emotional support animal, or horse of that person.

48. Based upon the foregoing, I believe there is probable cause to find that on multiple dates, to include but not limited to, between February 5, 2025, and February 7, 2025, MULLANE, knowingly used an electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to another person, VICTIM A, that person's immediate family member, the spouse or intimate partner of that person, or a pet, service animal, emotional support animal, or horse of that person, in violation of 18 U.S.C. § 2661A(2)(B); and on multiple dates to include, but not limited, to April 15, 2025, and April 16, 2025, MULLANE knowingly used an electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial

emotional distress to another person, VICTIM B, that person's immediate family member, the spouse or intimate partner of that person, or a pet, service animal, emotional support animal, or horse of that person, in violation of 18 U.S.C. § 2661A(2)(B).

*Mathias Varga*

Mathias Varga
Deputy United States Marshal
United States Marshals Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ., _____
(specify reliable electronic means)

_____    _____
Date                                                 Judge's signature

_____    _____
City and State                                  Magistrate Judge Lincoln D. Almond