UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x

*IN THE MATTER OF THE SEARCH OF*
*INFORMATION ASSOCIATED WITH*
*J.MULLANE@ICLOUD.COM*                  No. 1:25-mj-9000
*THAT IS STORED AT PREMISES*
*CONTROLLED BY APPLE INC.*

-----------------------------------------------------------------x

### ORDER

    Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

    Due to the unavailability of all of the magistrate judges in the District of Massachusetts, this Court certifies the need for assistance from a visiting magistrate judge, the Honorable Lincoln D. Almond, of the United States District Court for the District of Rhode Island, to perform judicial duties in the above referenced case and in any case(s) arising therefrom.

**THEREFORE,**

    **IT IS ORDERED**, with the concurrence of the Honorable John J. McConnell, Jr., Chief Judge of the United States District Court for the District of Rhode Island, that United States Magistrate Judge Lincoln D. Almond is hereby designated to perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), on an as needed basis, in the District of Massachusetts during the pendency of this case and of any case(s) arising therefrom.

Dated this 30th day of April 2025.

                                          ___/s/ F. Dennis Saylor IV_____
                                          **The Honorable F. Dennis Saylor IV,**
                                          **Chief U.S. District Judge**