UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COMPLAINT | Criminal No.: 25-MJ-9003 |

MOTION TO UNSEAL

The United States Attorney for the District of Rhode Island, through undersigned counsel, moves that the Sealing Order for the above captioned case be lifted, with the exception of the affidavit. The affidavit shall remain sealed until further order of this court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

SARA MIRON BLOOM
Acting United States Attorney

/s/Julie M. White
JULIE M. WHITE
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel: 401-709-5000

SO ORDERED:

_____
LINCOLN D. ALMOND
U.S. MAGISTRATE COURT JUDGE

DATE: _____