UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America | No. 25-mj-9003 |
| v. | |
| Brendan Jonathan Mullane | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Brendan Jonathan Mullane, the defendant in this matter.

/s/ *Keith Halpern*
Keith Halpern
Counsel for Defendant
BBO #545282
572 Washington Street, Suite 19
Wellesley, MA 02482

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 27, 2024.

/s/ *Keith Halpern*